UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRON WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00675 ERW |
| ) | |
| DON ROPER,[1] ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Respondents shall have judgment against Petitioner Sherron Wilson on all Counts of his Petition for Writ of Habeas Corpus [doc. #1]. All Counts of the Petition are dismissed with prejudice.

Dated this 29th Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is currently incarcerated at the South Central Correctional Center (SCCC) in Licking, Missouri. Inasmuch as Michael Bowersox is Warden of SCCC, he is hereby substituted for Don Roper as proper party respondent. In addition, because Petitioner is challenging a sentence to be served in the future, Missouri Attorney General Chris Koster is hereby added as a proper party respondent. Rule 2(a), (b), Rules Governing Section 2254 Cases in the United States District Courts.